**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEIL A. THOMSEN (1),<br><br>    Defendant. | CASE NO. 11CR2193-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Superseding Indictment and Underlying Indictment:

TITLE 18 U.S.C. §286; TITLE 18 U.S.C. §1349; TITLE 18 U.S.C. §981;

TITLE 18 U.S.C. §1028(A)(a)(1); TITLE 18 U.S.C. §2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 22, 2013

Hon. Roger T. Benitez
U.S. District Judge